# Third District Court of Appeal
## State of Florida

Opinion filed September 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0482
Lower Tribunal No. 2022-34072, Order No. 24-016, DOAH No. 23-3858
_____

**Shetevia Spikes,**
Appellant,

vs.

**Cottage Cove Owner, LLC,**
Appellee.

An Appeal from the State of Florida, Commission on Human Relations.

Shetevia Spikes, in proper person.

Barfield McCain, P.A., Donna S. Barfield, and Ryan R. McCain (West Palm Beach), for appellee.

Before LINDSEY, GORDO, and GOODEN, JJ.

PER CURIAM.

Because the Appellant has failed to meet her burden to demonstrate reversible error, we affirm. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("When there are issues of fact the appellant necessarily asks the reviewing court to draw conclusions about the evidence. Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal."); Macias v. Dep't of Revenue ex rel. Garcia, 16 So. 3d 985, 986 (Fla. 3d DCA 2009) ("The administrative law judge's decision has the presumption of correctness in appellate proceedings and the burden is on the appellant to demonstrate error. Macias has failed to provide transcripts of the administrative proceedings, which this Court must have in order to determine whether the administrative law judge abused his discretion. Therefore, we affirm as Macias cannot demonstrate error.").

Affirmed.